# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 24 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS RYAN KEENE<br><br>Defendant. | CR NO: 1:15-CR-00302 LJO SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: TRAVIS RYAN KEENE
Detained at: AIRWAYS HEIGHTS CORRECTIONS CENTER, WA

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with: 18 U.S.C § 922(g)(1) – Felon in Possession of Firearm
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ BRIAN K. DELANEY |
| Printed Name & Phone No: | BRIAN K. DELANEY (661) 489-6150 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 12/24/15

Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | 863988 | DOB: | |
| Facility Address: | 11919 W. Sprague Ave. Airways Heights, WA | Race: | |
| Facility Phone: | (509) 244-6700 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____     _____
(signature)